UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00430-FDW-SCR

| | |
|---|---|
| WINSLOW TECHNOLOGY GROUP, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| POWER HOME SOLAR, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's Notice of Bankruptcy and Motion to Stay, filed on August 29, 2023. (Doc. No. 8). Plaintiff—in response to this Court's August 15, 2023, Order to Show Cause—"notifie[d] this Court of the pending bankruptcy proceedings involving [Defendant]," and requested a stay in this matter pending the outcome of the ongoing bankruptcy proceedings. For the reasons outlined therein, Plaintiff's Motion to Stay is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Notice of Bankruptcy and Motion to Stay, (Doc. No. 8), is **GRANTED**, and this matter is **STAYED**. The parties shall file a Joint Status Report on **October 31, 2023**, and **every sixty (60) days thereafter**, until the bankruptcy proceedings are completed.

**IT IS SO ORDERED.**

Signed: September 1, 2023

_/s/ Frank D. Whitney_
Frank D. Whitney
United States District Judge